AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

EMC

| Sheri L. Bywater | ) |
|---|---|
| Plaintiff | ) CV 11      2257 |
| v. | ) Civil Action No. |
| JP Morgan Chase Bank, N.A., Chase Bank USA, N.A. | ) ) ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JP Morgan Chase Bank, N.A., 111 Polaris Parkway, Columbus, OH 43240

Chase Bank USA, N.A., 200 White Clay Center Drive, Newark, Delaware 19711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Alison Stocking
Embarcadero Center West
275 Battery Street, 29th Floor

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

ANNA SPRINKLES

Date: MAY 6 2011

*Signature of Clerk or Deputy Clerk*