1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
   MOLLY R. NEWLAND, Cal. Bar No. 244928
3    mnewland@sheppardmullin.com
   SHANNON Z. PETERSEN, Cal. Bar No. 211426
4    spetersen@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:   415-434-9100
6  Facsimile:    415-434-3947

7  BURKE, WARREN, MACKAY & SERRITELLA, P.C.
   LEANN PEDERSEN POPE (*pro hac vice* to be filed)
8    lpope@burkelaw.com
   SHANA A. SHIFRIN (*pro hac vice* to be filed)
9    sshifrin@burkelaw.com
   MICHAEL G. SALEMI (*pro hac vice* to be filed)
10   msalemi@burkelaw.com
   330 North Wabash, 22nd Floor
11 Chicago, Illinois  60611
   Telephone:   312-840-7000
12 Facsimile:    312-840-7047

13 Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A. and
14 CHASE BANK USA, N.A.

15

16                    UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

18

| 19 | SHERI L. BYWATER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>Defendants. | Case No. 11-CV-2257 EMC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT BY 21 DAYS PER CIVIL L.R. 6-1(a)** ; ORDER<br><br>Courtroom C, 15th Floor<br>Assigned to the Hon. Edward M. Chen<br><br>Complaint Filed:  May 6, 2011 |
|---|---|---|

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to
2  extend the time for Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A.
3  to respond to Plaintiff's Complaint by twenty-one (21) days.  The current deadline to
4  respond is June 2, 2011.  Extending this deadline by 21 days, Defendants' new deadline
5  shall be June 23, 2011.

7  SO STIPULATED.

9  Dated:  May 31, 2011

   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

   By    *s/ Molly R. Newland*
         MOLLY R. NEWLAND

   Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A.
   and CHASE BANK USA, N.A.

   Dated:  May 31, 2011

   LIEFF, CABRASER, HEIMANN & BERNSTEIN

   By    *s/ Daniel Hutchinson*
         DANIEL HUTCHINSON

   Attorneys for Plaintiff
   SHERI L. BYWATER

23  IT IS SO ORDERED

   _____
   Edward M. Chen
   U.S. District Judge

   *IT IS SO ORDERED*
   *Judge Edward M. Chen*