SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MOLLY R. NEWLAND, Cal. Bar No. 244928
   mnewland@sheppardmullin.com
SHANNON Z. PETERSEN, Cal. Bar No. 211426
   spetersen@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
LEANN PEDERSEN POPE (*pro hac vice* to be filed)
   lpope@burkelaw.com
SHANA A. SHIFRIN (*pro hac vice* to be filed)
   sshifrin@burkelaw.com
MICHAEL G. SALEMI (*pro hac vice* to be filed)
   msalemi@burkelaw.com
330 North Wabash, 22nd Floor
Chicago, Illinois  60611
Telephone:    312-840-7000
Facsimile:    312-840-7047

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. and
CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SHERI L. BYWATER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>Defendants. | Case No. 11-CV-2257 EMC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT BY 32 DAYS PER CIVIL L.R. 6-1(a); ORDER** ; ORDER<br><br>Courtroom C, 15th Floor<br>Assigned to the Hon. Edward M. Chen<br><br>Complaint Filed:  May 6, 2011 |

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to
2  further extend the time for Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA,
3  N.A. to respond to Plaintiff's Complaint by thirty-two (32) days in order to facilitate
4  settlement discussions. The current deadline to respond is June 23, 2011. Extending this
5  deadline by 32 days, Defendants' new deadline shall be July 25, 2011.

SO STIPULATED.

Dated: June 21, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Molly R. Newland
MOLLY R. NEWLAND

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
and CHASE BANK USA, N.A.

Dated: June 21, 2011

LIEFF, CABRASER, HEIMANN & BERNSTEIN

By  /s/ Jonathan Selbin
JONATHAN SELBIN

Attorneys for Plaintiff
SHERI L. BYWATER

IT IS SO ORDERED.

Dated: 6/24/11

By _____

IT IS SO ORDERED
Judge Edward M. Chen

W02-WEST:5MON1\403650863.2
11-CV-2257 EMC

STIPULATION EXTENDING DEFENDANTS'
DEADLINE TO RESPOND TO THE COMPLAINT