1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SHERI L. BYWATER, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>　　　　　　Defendants. | Case No. 11-CV-2257 EMC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO FURTHER EXTEND THE TIME TO RESPOND TO THE COMPLAINT AND TO VACATE THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Courtroom C, 15th Floor<br>Assigned to the Hon. Edward M. Chen |

W02-WEST:8SZP1\403741156.1

11-CV-2257 EMC

[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE ORDER SETTING INITIAL CMC AND ADR DEADLINES

1     Based on the stipulation of the parties, and good cause appearing due to the
2 parties' anticipated settlement, the Court extends the deadline for Defendants JPMorgan
3 Chase Bank, N.A. and Chase Bank USA, N.A. to respond to Plaintiff's Complaint from
4 July 25, 2011 to August 24, 2011 and vacates the May 6, 2011 Order Setting Initial Case
5 Management Conference And ADR Deadlines, including all deadlines set forth in that
6 Order.

8     IT IS SO ORDERED.     The Case Management Conference is reset from
9  8/17/11 to 9/30/11 at 9:00 a.m.  A joint CMC Statement shall be filed by 9/23/11.
10 DATED: 7/22/11

HON. EDWARD M. CHEN

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

W02-WEST:8SZP1\403741156.1
11-CV-2257 EMC

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER
EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE
ORDER SETTING INITIAL CMC AND ADR DEADLINES