UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SHERI L. BYWATER, on behalf of herself and all others similarly situated,<br><br>                   Plaintiffs,<br><br>       v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>                   Defendants. | Case No. 11-CV-2257 EMC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES**<br><br>Courtroom C, 15th Floor<br>Assigned to the Hon. Edward M. Chen |

W02-WEST:5MON1\403848011.1

11-CV-2257 EMC

[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES

1  Based on the stipulation of the parties, and good cause appearing due to the parties'
2  anticipated settlement, the Court further extends the deadline for Defendants JPMorgan Chase
3  Bank, N.A. and Chase Bank USA, N.A. to respond to Plaintiff's Complaint from August 24, 2011
4  to September 23, 2011 and vacates the September 23, 2011 Joint CMC Statement and September
5  30, 2011 Case Management Conference deadlines, set in the Court's July 22, 2011 Order (Doc.
6  13).

8  The Case Management Conference is reset from September 30, 2011 to
9  __December 2, 2011 at 9:00 a.m.__. A joint CMC Statement shall be filed by __November 25, 2011__.

11  IT IS SO ORDERED.

13  DATED: __August 24, 2011__   _____
14                                HON. EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

-1-

W02-WEST:5MON1\403848011.1
11-CV-2257 EMC

[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES