W02-WEST:5MON1\403993355.1

11-CV-2257 EMC

936683.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

SHERI L. BYWATER, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,

    Defendants.

Case No. 11-CV-2257 EMC

<u>CLASS ACTION</u>

**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES**

Courtroom C, 15th Floor
Assigned to the Hon. Edward M. Chen

1  Based on the stipulation of the parties, and good cause appearing due to the parties'
2  anticipated settlement in *Connor v. JPMorgan Chase Bank, N.A., et al.* Case No. 10 CV 1284
3  DMS BGS (S.D. Cal), the Court further extends the deadline for Defendants JPMorgan Chase
4  Bank, N.A. and Chase Bank USA, N.A. ("Defendants") to respond to Plaintiff Sheri L. Bywater's
5  ("Plaintiff's") Complaint from September 23, 2011 until after the ruling on the Motion for
6  Preliminary Approval of Class Action Settlement.

8  The Court also vacates the Case Management Conference deadline and joint CMC
9  deadline scheduled for December 2, 2011 at 9:00 a.m. and November 25, 2011 respectively. *See*
10 Court's 8/24/2011 Order (Doc. 15).

12 The parties are to notify the Court within five days of the ruling on the Motion for
13 Preliminary Approval of Class Action Settlement and will proposing new deadlines for if
14 appropriate.

16 IT IS SO ORDERED.   The case management conference is reset from 12/2/11 to 2/24/12 at 9:00 a.m. A joint CMC Statement shall be filed by 2/17/12.

18 DATED: _____9/27/11_____   _____
19                                HON. EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

---

W02-WEST:5MON1\403993355.1
11-CV-2257 EMC

936683.1

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES