1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SHERI L. BYWATER, on behalf of herself and all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>              Defendants. | Case No. 3-11-CV-2257 EMC<br><br><u>CLASS ACTION</u><br><br>**[P~~ROPO~~SED] ORDER GRANTING PARTIES' STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES**<br><br>Courtroom C, 15th Floor<br>Assigned to the Hon. Edward M. Chen |

W02-WEST:5MON1\404643408.2
11-CV-2257 EMC

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE CMC CONFERENCE & JOINT CMC STATEMENT DEADLINES

1    Based on the stipulation of the parties, and good cause appearing due to the parties'
2 settlement and pending Motion for Preliminary Approval of Class Action Settlement in *Connor v.*
3 *JPMorgan Chase Bank, N.A., et al.*, Case No. 10 CV 1284 DMS BGS (S.D. Cal.), the Court
4 further extends the deadline for Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA,
5 N.A. ("Defendants") to respond to Plaintiff Sheri L. Bywater's ("Plaintiff's") Complaint until a
6 date to be set by this Court after the Southern District of California court's ruling on the Motion
7 for Preliminary Approval of Class Action Settlement.

8    The parties are to notify the Court within five court days of the ruling in *Connor* on
9 the Motion for Preliminary Approval of Class Action Settlement.

10    The Court vacates the Case Management Conference Statement and Case
11 Management Conference deadlines scheduled for February 17, 2012 and February 24, 2012 at
12 9:00 a.m., respectively. *See* Court's 9/27/2011 Order (Doc. 18).

13    The Case Management Conference is reset from February 24, 2012 to
14 __June 22, 2012 at 9:00 a.m._____ and a joint Case Management Conference Statement
15 shall be filed by ___June 15, 2012_____.

17    IT IS SO ORDERED.

19 DATED: __2/21/12__                      _____
20                                          HON.
                                            IT IS SO ORDERED
                                            Judge Edward M. Chen

-1-

W02-WEST:5MON1\404643408.2              [PROPOSED] ORDER GRANTING STIPULATION TO
11-CV-2257 EMC                          EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE
                                        CMC CONFERENCE & JOINT CMC STATEMENT DEADLINES