UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SHERI L. BYWATER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>Defendants. | Case No. 3-11-CV-2257 EMC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES**<br><br>Courtroom C, 15th Floor<br>Assigned to the Hon. Edward M. Chen |

Based on the stipulation of the parties, and good cause appearing due to the parties' settlement and the Honorable Dana M. Sabraw's Order Certifying Provisional Settlement Class, Preliminarily Approving Class Action Settlement and Providing for Notice to the Settlement Class in *Connor v. JPMorgan Chase Bank, N.A., et al.*, Case No. 10 CV 1284 DMS BGS (S.D. Cal.) (Doc. 55), the Court orders as follows:

Pending the request for dismissal expected to be filed by Plaintiff Sheri L. Bywater after the *Connor* court grants the Motion for Final Approval, noticed for hearing on August 3, 2012, Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A. have no obligation to respond to the Complaint; and

The Court vacates the Case Management Conference previously scheduled for June 22, 2012 and any obligation to file a Joint Case Management Conference statement. *See* Court's 2/21/2012 Order (Doc. 21).

IT IS SO ORDERED. A CMC is set for 9/28/12 at 9:00 a.m. A joint CMC statement shall be filed by 9/21/12.

DATED: 4/23/12

HON. EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen