1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
10

| | |
|---|---|
| SHERI L. BYWATER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>Defendants. | Case No. 3-11-CV-2257 EMC<br><br><u>CLASS ACTION</u><br><br>**[P~~ROPOSED~~] ORDER GRANTING PARTIES' STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES**<br><br>Courtroom C, 15th Floor<br>Assigned to the Hon. Edward M. Chen |

1      Based on the stipulation of the parties, and good cause appearing due to the parties'
2  settlement and the Honorable Dana M. Sabraw's Order Granting Joint Motion to Continue
3  Settlement Hearing in *Connor v. JPMorgan Chase Bank, N.A., et al.*, Case No. 10 CV 1284 DMS
4  BGS (S.D. Cal. July 31, 2012) (Doc. 69), the Court orders as follows:
5      Pending the request for dismissal expected to be filed by Plaintiff Sheri L. Bywater
6  after the *Connor* court grants the Motion for Final Approval, Defendants JPMorgan Chase Bank,
7  N.A. and Chase Bank USA, N.A. have no obligation to respond to the Complaint; and
8      The Court vacates the Case Management Conference ("CMC") scheduled for
9  September 28, 2012 at 9:00 a.m., and the Joint CMC statement deadline of September 21, 2012.
10 *See* Court's April 23, 2012 Order (Doc. 23).
11     Plaintiff will either file a request for dismissal of this action with prejudice or the
12 parties will file an update as to the status of the *Connor* settlement no later than
13 __March 1, 2013_____. A CMC is set for March 8, 2013 at 9:00 a.m.

16     IT IS SO ORDERED.

18 DATED: __9/21/12_____

19     HON. EDWARD M. CHEN

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]