1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
10

| 11 | SHERI L. BYWATER, on behalf of herself and all others similarly situated, | Case No. 3-11-CV-2257 EMC |
| 12 | Plaintiffs, | CLASS ACTION |
| 13 | v. | **[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND JOINT CMC STATEMENT DEADLINES** |
| 14 | | |
| 15 | JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A., | |
| 16 | Defendants. | |
| 17 | | Courtroom C, 15th Floor<br>Assigned to the Hon. Edward M. Chen |
| 18 | | |

(["PROPOSED"] shown with strikethrough on "PROPOSED")

19
20
21
22
23
24
25
26
27
28

1    Based on the stipulation of the parties, and good cause appearing due to the parties'
2 settlement and the Honorable Dana M. Sabraw's Order Granting Joint Motion to Continue
3 Settlement Hearing in *Connor v. JPMorgan Chase Bank, N.A., et al.*, Case No. 10 CV 1284 DMS
4 BGS (S.D. Cal. July 31, 2012) (Doc. 69), the Court orders as follows:

5    Pending the request for dismissal expected to be filed by Plaintiff Sheri L. Bywater
6 after the *Connor* court grants the Motion for Final Approval, Defendants JPMorgan Chase Bank,
7 N.A. and Chase Bank USA, N.A. have no obligation to respond to the Complaint; and

8    The Court vacates the Case Management Conference ("CMC") scheduled for
9 September 28, 2012 at 9:00 a.m., and the Joint CMC statement deadline of September 21, 2012.
10 *See* Court's April 23, 2012 Order (Doc. 23).

11    Plaintiff will either file a request for dismissal of this action with prejudice or the
12 parties will file an update as to the status of the *Connor* settlement no later than
13 ~~March 1, 2013~~.    A CMC is set for March 8, 2013 at 9:00 a.m.

16    IT IS SO ORDERED.

18 DATED: 9/21/12    _____
19                   HON. EDWARD M. CHEN

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

---

SMRH:406757466.2    -1-
[PROPOSED] ORDER GRANTING STIP. TO EXTEND TIME TO RESPOND TO
COMPLAINT AND TO VACATE CMC AND JOINT CMC DEADLINES